**No. 11-6993. Stephen D. Haynes, Petitioner v. Federal Bureau of Prisons, et al.**

565 U.S. 1070, 132 S. Ct. 788, 181 L. Ed. 2d 504, 2011 U.S. LEXIS 8344.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 413 Fed. Appx. 779.

**No. 11-6996. Petro Krylov, Petitioner v. United States.**

565 U.S. 1070, 132 S. Ct. 788, 181 L. Ed. 2d 504, 2011 U.S. LEXIS 8392.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 431 Fed. Appx. 566.

**No. 11-6997. Leon Johnson, Petitioner v. United States.**

565 U.S. 1070, 132 S. Ct. 788, 181 L. Ed. 2d 504, 2011 U.S. LEXIS 8306.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-6998. Travis McLean, Petitioner v. United States.**

565 U.S. 1070, 132 S. Ct. 789, 181 L. Ed. 2d 504, 2011 U.S. LEXIS 8363.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 439 Fed. Appx. 261.

**No. 11-7001. Cayetano Ayala-Cruz, Petitioner v. United States.**

565 U.S. 1070, 132 S. Ct. 789, 181 L. Ed. 2d 504, 2011 U.S. LEXIS 8397.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 444 Fed. Appx. 117.

**No. 11-7002. Delano Watson, Petitioner v. United States.**

565 U.S. 1070, 132 S. Ct. 789, 181 L. Ed. 2d 504, 2011 U.S. LEXIS 8408.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 433 Fed. Appx. 284.

**No. 11-7003. Negii Coffee, II, Petitioner v. United States.**

565 U.S. 1071, 132 S. Ct. 789, 181 L. Ed. 2d 504, 2011 U.S. LEXIS 8308.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-7014. Arlana Doris Moore, Petitioner v. United States.**

565 U.S. 1071, 132 S. Ct. 789, 181 L. Ed. 2d 504, 2011 U.S. LEXIS 8305.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 433 Fed. Appx. 308.